UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:23-cr-00576-FLA                                             Date: 03/28/2025

Present: The Honorable: Jean P. Rosenbluth, United States Magistrate Judge

Interpreter N/A                                                        Language N/A

| Bea Martinez | 03/28/2025 | Joshua Mausner |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)   ✓ Present   In Custody          Attorneys for Defendants:   ✓ Present   Retained

Olaf Kyros Gustafsson                                                  Meghan A. Blanco

Proceedings: Arraignment of Defendant and/or     ✓ Assignment of Case     Appointment of Counsel
                                                   Initial Appearance

\* Court does not question defendant as to true name.
\* Defendant is arraigned under name on charging document.
\* Defendant acknowledges having read the charging document and discussed it with counsel.
\* Defendant pleads "not guilty" to all counts of the charging document.
\* This case is assigned to Judge Fernando L. Aenlle-Rocha.
\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 05/20/2025 8:30 AM;
Pre-Trial Conference: 05/09/2025 10:30 AM
\* Government counsel provides trial estimate of 1 week.
\* Judge Aenlle-Rocha is located in 6B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA          PSAED          PSASA          Initial Appearance/Appointment of Counsel: 00 : 00
  ✓ USMLA          USMED          USMSA                              Arraignment: 00 : 02
     Statistics Clerk              Interpreter                  Initials of Deputy Clerk: BM by TRB
     CJA Supervising Attorney      Fiscal