UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-00576-FLA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING AND SCHEDULE FOR FILING SENTENCING PLEADINGS |
| v. | |
| OLOF KYROS GUSTAFSSON, aka "Sir Olof Gustafsson," aka "El Silencio," | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AS FOLLOWS:

The sentencing for defendant OLOF KYROS GUSTAFSSON, currently scheduled for December 5, 2025, at 11:00 a.m., is continued to January 9, 2026, at 11:00 a.m.  The parties' sentencing position papers shall be filed no later than December 26, 2026.

DATED:

---
HON. FERNANDO L. AENLLE-ROCHA
United States District Judge